DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLES E. WATERS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3091

[December 19, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Charles A. Schwab, Judge; L.T. Case No. 561977CF000177B.

Charles E. Waters, Daytona Beach, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***